POSTELLE *v.* RIVERS.

LUMPKIN, P. J. The evidence introduced before the jury on the trial of this case in the justice's court demanded a finding that the board and lodging for the price of which the plaintiff sued were furnished by her to the defendant for the purpose of maintaining the latter in leading a life of prostitution. This being so, the defense that the plaintiff's demand was based upon a contract the consideration of which was illegal and immoral was well founded, and a verdict for the plaintiff having nevertheless been returned, the superior court erred in not sustaining the defendant's certiorari.

*Judgment reversed. All the Justices concurring, except Simmons, C. J., and Cobb, J., absent.*

Submitted February 5,—Decided February 28, 1901.

Certiorari. Before Judge Felton. Bibb superior court. January 17, 1900.

*M. R. Freeman,* for plaintiff in error. *John R. Cooper,* contra.